ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2008 APR 22 P 2: 42

CLERK SMcCarthy

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DARREN MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) CV 308-009 |
| BILLY BROWN, Warden, Dodge State Prison, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this action is **DISMISSED** without prejudice as a sanction for abuse of the judicial process, and this civil action is **CLOSED**.

SO ORDERED this 22 day of April, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE